IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:13 mc 134

IN THE MATTER OF :
:
ADOPTING A PRO SE : ORDER
:
SETTLEMENT ASSISTANCE
:
PROGRAM :

FILED
CHARLOTTE, NC
AUG 2 0 2013
US District Court
Western District of NC

For good cause appearing to the Court,

**IT IS ORDERED** that:

1. A Pro Se Settlement Assistance Program ("Program") is Hereby established as a Pilot Program for the United States District Court for the Western District of North Carolina.

2. The Program shall be available for voluntary application to all civil cases in which any party appears pro se. The Program shall not apply to prisoner civil rights cases; cases filed under 28 U.S.C. §2254 or §2255; bankruptcy appeals; social security cases; and any case in which the U.S. Government is a party with the exception of Equal Employment Opportunity cases.

3. The Clerk is authorized to implement the Program as generally outlined in the Proposal to Establish the WDNC Pro Se Settlement Assistance Program and in conjunction with the Federal Bar Association's Western District of North Carolina Chapter ("Chapter"). The Clerk and the Chapter are authorized to make such changes as necessary to the Program to assure its successful implementation.

4. This Order shall remain in effect until further Order of this court or until such time as the Local Rules are amended incorporating this Program into the rules.

SO ORDERED This 20th day of August, 2013.

Robert J. Conrad, Jr.,
United States District Court Judge

Martin Reidinger
United States District Judge

Max O Cogburn, Jr.
United States District Judge

Richard L. Voorhees
United States District Judge

Frank D. Whitney, Chief
United States District Judge

Graham C. Mullen, Senior
United States District Judge